District Judge Jamal N. Whitehead
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHITTAKONE PHETSADAKONE, <br><br> Petitioner, <br><br> v. <br><br> BRUCE SCOTT, *et al.*, <br><br> Respondent. | Case No. 2:25-cv-01678-JNW-BAT <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND <br><br> Noted for Consideration: <br> September 25, 2025 |

For good cause, Petitioner and Federal Respondents, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1) and 10(g), hereby jointly stipulate and move to stay these proceedings until November 18, 2025.

Petitioner brought this habeas litigation pursuant to 28 U.S.C § 2241 alleging that his U.S. Immigration and Customs Enforcement's ("ICE") unlawfully revoked his order of supervision. Dkt. No. 1. The habeas petition further seeks a stay of Petitioner's removal to any country while his motion for coram nobis is pending in his criminal matter in the district court and while a subsequent motion to reopen pends before the Board of Immigration Appeals ("BIA"). Finally, the habeas seeks an injunction of Petitioner's removal to a third country without notice and opportunity to be heard in reopened removal proceedings. Petitioner also

STIPULATED MOTION
[Case No. 2:25-cv-01678-JNW-BAT] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

filed a motion for a temporary restraining order seeking substantially the same relief for the pendency of the habeas proceedings. Dkt. No. 2. Federal Respondents opposed the motion, and the Court held a hearing on the matter.

On September 5, 2025, this Court issued a temporary restraining order requiring ICE to release Petitioner from custody and prohibiting ICE from redetaining Petitioner in connection with his existing removal order without prior approval from the Court or the expiration of the Order. Dkt. No. 21. Phetsadakone was released from ICE custody. The parties have proposed a briefing schedule for preliminary injunction briefing. Dkt. No. 22. However, the parties are currently working towards a resolution to this litigation, which would cause any further briefing to be unnecessary.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. If settlement cannot be achieved, the parties will notify the Court and propose a new briefing schedule. If settlement is achieved, Petitioner will voluntarily dismiss this litigation.

As additional time is necessary, the parties request that the Court hold the case in abeyance until November 18, 2025. If Petitioner does not voluntarily dismiss this case prior to that date, the parties will submit a status update on or before November 18, 2025.

//

//

STIPULATED MOTION
[Case No. 2:25-cv-01678-JNW-BAT] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 25th day of September, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | STRITMATTER KESSLER KOEHLER MOORE |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3800<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | /s/ Mo Hamoudi<br>MO HAMOUDI, WA #48512<br>Stritmatter Kessler Koehler Moore<br>3600 15th Avenue W., #300<br>Seattle, WA 98119<br>Telephone: (206) 447-1777<br>mo@stritmatter.com<br>*Attorney for Petitioner* |
| *Attorneys for Federal Respondents* | SEATTLE CLEMENCY PROJECT |
| *I certify that this memorandum contains 420 words, in compliance with the Local Civil Rules.* | /s/ Jennie Pasquarella<br>JENNIE PASQUARELLA<br>Seattle Clemency Project, WSBA#62205<br>Seattle Clemency Project<br>20415 72nd Ave S<br>Kent, Washington 98032<br>Phone: (917) 690-2038<br>Email: jennie@seattleclemencyproject.org<br>*Attorney for Petitioner* |

STIPULATED MOTION
[Case No. 2:25-cv-01678-JNW-BAT] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until November 18, 2025. If the parties determine that settlement cannot be achieved before November 18, 2025, the parties will notify the Court and propose a new briefing schedule promptly. If settlement is achieved, Petitioner will voluntarily dismiss this litigation. If additional time is necessary to achieve settlement, the parties will submit a status update on or before November 18, 2025. It is so **ORDERED**.

DATED this 7th day of October, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:25-cv-01678-JNW-BAT] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800